**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* _____  Chapter ___11___

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | 867-871 Knickerbocker LLC |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 45-5301018 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | 867-871 Knickerbocker Avenue <br> Brooklyn, NY 11207 <br> Number, Street, City, State & ZIP Code | 4403 15th Avenue, #155 <br> Brooklyn, NY 11219 <br> P.O. Box, Number, Street, City, State & ZIP Code |
| | | Kings <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor    867-871 Knickerbocker LLC _____    Case number (*if known*) _____
        Name

**7.  Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
    http://www.uscourts.gov/four-digit-national-association-naics-codes.
    _____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check **all** that apply:*
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ☒ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | See Attachment | Relationship | _____ |
|---|---|---|---|
| District _____ | When _____ | Case number, if known | _____ |

| Debtor | 867-871 Knickerbocker LLC | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

---

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

            Contact name _____

            Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    .

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | 867-871 Knickerbocker LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___April 3, 2023___
MM / DD / YYYY

**X** /s/ Zalmen Wagschal
Signature of authorized representative of debtor

Zalmen Wagschal
Printed name

Title ___Sole Member___

**18. Signature of attorney**

**X** /s/ Julie Curley          Date ___April 3, 2023___
Signature of attorney for debtor          MM / DD / YYYY

Julie Curley
Printed name

Kirby Aisner & Curley LLP
Firm name

700 Post Road
Suite 237
Scarsdale, NY 10583
Number, Street, City, State & ZIP Code

Contact phone _____          Email address  jcurley@kacllp.com

4325494 NY
Bar number and State

Debtor    867-871 Knickerbocker LLC _____     Case number (*if known*) _____
           Name

---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK _____

Case number (*if known*) _____    Chapter ___11___

☐ Check if this an amended filing

---

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | 1427 43 ST LLC | | | Relationship to you | Affiliate |
| District | EDNY | When | 4/4/23 | Case number, if known | 23- |
| Debtor | 221 Himrod St LLC | | | Relationship to you | Affiliate |
| District | EDNY | When | 4/4/23 | Case number, if known | 23- |
| Debtor | 299 Throop Ave LLC | | | Relationship to you | Affiliate |
| District | EDNY | When | 4/4/23 | Case number, if known | 23- |
| Debtor | 634 Wilson Ave LLC | | | Relationship to you | Affiliate |
| District | EDNY | When | 4/4/23 | Case number, if known | 23- |

# United States Bankruptcy Court
### Eastern District of New York

In re    867-871 Knickerbocker LLC                          Case No. _____

                                  Debtor(s)             Chapter    11   _____

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Zalmen Wagschal<br>4403 15th Ave #155<br>Brooklyn, NY 11219 | 100% | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the Sole Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    April 3, 2023   _____        Signature   /s/  Zalmen Wagschal _____

                                                              Zalmen Wagschal

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of New York

In re   867-871 Knickerbocker LLC                       Case No.

                                      Debtor(s)         Chapter    11

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Zalmen Wagschal, declare under penalty of perjury that I am the Sole Member of 867-871 Knickerbocker LLC, and that the following is a true and correct copy of the resolutions adopted by the Board of Managers of said corporation at a special meeting duly called and held on the 3rd day of April, 2023.

"Whereas, it is in the best interest of this Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Zalmen Wagschal, Sole Member of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Zalmen Wagschal, Sole Member of this Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Zalmen Wagschal, Sole Member of this Company is authorized and directed to employ Erica Aisner , attorney and the law firm of Kirby Aisner & Curley LLP to represent the corporation in such bankruptcy case."

Date   April 3, 2023                      Signed   /s/ Zalmen Wagschal

                                                                  Zalmen Wagschal

Resolution of Board of Managers
of
867-871 Knickerbocker LLC

Whereas, it is in the best interest of this Company to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that  Zalmen Wagschal, Sole Member of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that  Zalmen Wagschal, Sole Member  of this Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that  Zalmen Wagschal, Sole Member of this Company is authorized and directed to employ Erica Aisner , attorney and the law firm of Kirby Aisner & Curley LLP to represent the corporation in such bankruptcy case.

Date  April 3, 2023 _____          Signed  /s/ Zalmen Wagschal _____

Date  _____          Signed  _____

**United States Bankruptcy Court**

**Eastern District of New York**

In re    867-871 Knickerbocker LLC                      Case No. _____

                                               Debtor(s)         Chapter    11

# VERIFICATION OF CREDITOR MATRIX

       The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:    April 3, 2023 _____        /s/ Zalmen Wagschal _____

                                                  Zalmen Wagschal/Sole Member
                                                  Signer/Title

Date:    April 3, 2023 _____        /s/ Julie Curley _____

                                                  Signature of Attorney
                                                  Julie Curley
                                                  Kirby Aisner & Curley LLP
                                                  700 Post Road
                                                  Suite 237
                                                  Scarsdale, NY 10583
                                                  Fax:

Software Copyright (c) 1996-2023 Best Case, LLC  - www.bestcase.com                                 Best Case Bankruptcy

Able Best Pest Control Inc.
1274 49 St PMB 183
Brooklyn, NY 11219


Arthur Greig, as Receiver
98 Riverside Drive
New York, NY 10024


Barton Schwartz, as Receiver
2753 Coney Island Avenue
Brooklyn, NY 11235


Barton Schwartz, Receiver
2753 Coney Island Avenue
Brooklyn, NY 11235


Fannie Mae
1100 15th St NW
Washington, DC 20005


Fannie Mae
Attn: Daniel Corrigan and Michael Harary
c/o Windels Marx Lane & Mittendorf, LLP
New York, NY 10019


Fleischmann PLLC
150 Broadway Suite 900
New York, NY 10038


FR Contracting Corp.
445 East 5th Street, Suite #A3
Brooklyn, NY 11218


Greystone Servicing Corporation Inc.
419 Belle Air Lane
Warrenton, VA 20186


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


Jack Jaffa & Associates
147 Prince Street
Brooklyn, NY 11201


Law Office of Lawrence R. Kulak
1430 Broadway Suite 1509
New York, NY 10018


Linebarger Noggin Blair & Sampson, LLP
61 Broadway Suite 2600
New York, NY 10006

```
Merrimack Mutual Fire Insurance Company
PO Box 986531
Boston, MA 02298-6531


NYC Corporation Counsel
Attn: Bankruptcy Dept.
100 Church Street, RM 5-240
New York, NY 10007


NYC Corporation Counsel
100 Church Street, RM 5-240
New York, NY 10007


NYC Dept. of Buildings
280 Broadway, 3rd Floor
New York, NY 10007


NYC Dept. of Finance
345 Adams Street, 3rd Floor
Brooklyn, NY 11201


NYC Environmental Control Board
66 John St #10
New York, NY 10038


NYC Water Board
P.O. Box 11863
Newark, NJ 07101-8163


NYC Water Board
Andrew Rettig, Asst. Counsel
59-17 Junction Blvd, 13 Flr
Elmhurst, NY 11373-5108


NYS Dept. of Taxation & Finance
Bankruptcy/ Special Procedures Section
PO Box 5300
Albany, NY 12205-0300


Office of the United States Trustee
One Bowling Green
New York, NY 10004-1408


Optimum
PO Box 703340
Philadelphia, PA 19176-0340


Pristine Facility Services Inc.
4118 14th Ave Suite #199
Brooklyn, NY 11219


Sidrane, Schwartz, Perinbasekar
119 North Park Avenue, Suite 201
Rockville Centre, NY 11570
```

Tov Cooling
783 Bedford Ave
Brooklyn, NY 11205

# United States Bankruptcy Court
### Eastern District of New York

In re    867-871 Knickerbocker LLC                     Case No. _____

                                      Debtor(s)                Chapter    11 _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   867-871 Knickerbocker LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]


April 3, 2023
_____
Date

/s/ Julie Curley
_____
Julie Curley
**Signature of Attorney or Litigant**
Counsel for    867-871 Knickerbocker LLC
Kirby Aisner & Curley LLP
700 Post Road
Suite 237
Scarsdale, NY 10583
 Fax:
jcurley@kacllp.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):** 867-871 Knickerbocker LLC          **CASE NO.:**

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

☐  NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☒  THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1.  CASE NO.:  23-      JUDGE:          DISTRICT/DIVISION:  EDNY

DEBTOR NAME:  1427 43 ST LLC

CASE STILL PENDING (Y/N):    Y            *[If closed]* Date of closing:

CURRENT STATUS OF RELATED CASE: Pending
          (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*:    Affiliate

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: 1427 43 Street, Brooklyn, New York

2.  CASE NO.:  23-    JUDGE:          DISTRICT/DIVISION:  EDNY

DEBTOR NAME:   221 Himrod St LLC

CASE STILL PENDING (Y/N):    Y            *[If closed]* Date of closing:

CURRENT STATUS OF RELATED CASE: Pending
          (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*:    Affiliate

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: 221 Himrod Street, Brooklyn, New York

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)
3.   CASE NO.:   23-      JUDGE:        DISTRICT/DIVISION:   EDNY

DEBTOR NAME:   299 Throop Ave LLC

CASE STILL PENDING (Y/N):      Y            [*If closed*] Date of closing:

   CURRENT STATUS OF RELATED CASE:   Pending
_____
                            (Discharged/awaiting discharge, confirmed, dismissed, etc.)

   MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*):    Affiliate
_____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE: 299 Throop Avenue, Brooklyn, New York


4.   CASE NO.:   23-      JUDGE:        DISTRICT/DIVISION:   EDNY

DEBTOR NAME:   634 Wilson Ave LLC

CASE STILL PENDING (Y/N):      Y            [*If closed*] Date of closing:

   CURRENT STATUS OF RELATED CASE:   Pending
_____
                            (Discharged/awaiting discharge, confirmed, dismissed, etc.)

   MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*):    Affiliate
_____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE: 634 Wilson Avenue, Brooklyn, New York


*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not
be eligible to be debtors.   Such an individual will be required to file a statement in support of his/her eligibility to file.


TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N):    Y


CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except
as indicated elsewhere on this form.


/s/ Julie Curley
_____          _____
Julie Curley                                      Signature of Pro Se Debtor/Petitioner
Signature of Debtor's Attorney
Kirby Aisner & Curley LLP
700 Post Road
Suite 237                                         _____
Scarsdale, NY 10583
 Fax:                                             Signature of Pro Se Joint Debtor/Petitioner


                                                  _____
                                                  Mailing Address of Debtor/Petitioner


                                                  _____
                                                  City, State, Zip Code


                                                  _____
                                                  Area Code and Telephone Number
Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any

DISCLOSURE OF RELATED CASES (cont'd)

other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING.   Dismissal of your petition may otherwise result.